No. 76–5456. FLANIGAN v. PUBLIC EMPLOYEES' RETIRE-MENT ASSN. Appeal from Sup. Ct. Colo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–5835. DAWN v. WENZLER ET AL. Appeal from D. C. C. D. Cal. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–1002. JOSEPH SKILKEN & CO. ET AL. v. CITY OF TOLEDO ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Village of Arlington Heights* v. *Metropolitan Housing Development Corp., ante,* p. 252, and *Hills* v. *Gautreaux,* 425 U. S. 284 (1976).